Certificate Number: 13858-MSN-DE-033972644

Bankruptcy Case Number: 19-14952



13858-MSN-DE-033972644

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 19, 2020</u>, at <u>8:20</u> o'clock <u>PM CST</u>, <u>Sheila Sims</u> completed a course on personal financial management given <u>by internet</u> by <u>MoneySharp Credit Counseling Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Mississippi</u>.

Date:  <u>January 19, 2020</u>                    By:    <u>/s/Rebecca McDaniel</u>

                                                Name:  <u>Rebecca McDaniel</u>

                                                Title:  <u>Counselor</u>